**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSHUA CACHO,** a Texas resident | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **JGW DEBT SETTLEMENT, LLC,** a Nevada Limited Liability Company, **ARNOLD & SMITH LAW, PLLC,** an Oklahoma Professional Limited Liability Company, **TODD W. ARNOLD,** an Oklahoma resident, and **DENNIS J. SMITH,** an Oklahoma resident | § § § § § § | 3:26-cv-309-LS |
| | § | |
| **Defendants.** | § | |
| | § | |

**NOTICE OF SETTLEMENT**

COME NOW Plaintiff Joshua Cacho ("Cacho") and Defendant JGW Debt Settlement, LLC ("JGW")(collectively referred to as "Parties"), by and through themselves or their attorneys, hereby notify the Court that the Parties have reached a confidential settlement in the above-entitled matter. This confidential settlement is only between Cacho and JGW. No settlement has been reached between Plaintiff and the other defendants to this matter.

The Parties hereby request that the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Parties can fully perform their duties as required under the agreement.

Respectfully submitted,

*/s/ Joshua Cacho*

Joshua Cacho
Plaintiff, Pro Se
PO Box 26971
El Paso, Texas 79926
Jcacho1848@gmail.com

**FREEMAN MATHIS & GARY, LLP**

*/s/ Mike Prather*

Mike Prather
Attorney-in-charge
State Bar No. 24034634
W.D. Texas Federal I.D. No. 31743
1800 W Loop S, Suite. 1110
Houston, Texas 77027
Telephone: (832) 371-6036
E-Mail: Mike.Prather@fmglaw.com

**ATTORNEY-IN-CHARGE
FOR DEFENDANT JGW DEBT
SETTLEMENT, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2026, the foregoing was filed electronically with the Clerk of the United States District Court, Western District of Texas. The Court's ECF system sent notice of filing to all registered attorneys of record. I further certify that the foregoing was emailed to the Plaintiff at jcacho1848@gmail.com, and sent via U.S. Mail to P.O. Box 26971 El Paso. Texas 79926.

*/s/ Mike Prather*
Mike Prather