**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **JOSHUA CACHO,** a Texas resident | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **JGW DEBT SETTLEMENT, LLC,** a Nevada Limited Liability Company, **ARNOLD & SMITH LAW, PLLC,** an Oklahoma Professional Limited Liability Company, **TODD W. ARNOLD,** an Oklahoma resident, and **DENNIS J. SMITH,** an Oklahoma resident | § § § § § § | 3:26-cv-309-LS |
| | § | |
| **Defendants.** | § | |

---

**DEFENDANT JGW DEBT SETTLEMENT, LLC'S**
**UNOPPOSED STIPULATION OF DISMISSAL WITH PREJUDICE**

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Joshua Cacho and Defendant JGW Debt Settlement, LLC, stipulate to the dismissal of all claims asserted by Joshua Cacho against JGW Debt Settlement, LLC with prejudice, with each of the named parties to bear their own costs of court and other expenses.

Respectfully submitted,

/s/ *Joshua Cacho* (signed with permission)

Joshua Cacho
P.O. Box 26971
El Paso, Texas 79926
(915) 383-4604
jcacho1848@gmail.com

**PLAINTIFF, *Pro Se***

**TITUS LAW FIRM, LLC**

*/s/ Robert Titus* (signed with permission)
Robert R. Titus
Attorney in Charge
State Bar No. 24081470
7304 W. 130th Street, Suite 190
Overland Park, KS 66213
rob@tituslawkc.com

**ATTORNEY-IN-CHARGE FOR DEFENDANTS ARNOLD & SMITH LAW, PLLC, TODD W. ARNOLD and DENNIS J. SMITH**

**FREEMAN MATHIS & GARY, LLP**

*/s/ Mike Prather*
Mike Prather
Attorney-in-charge
State Bar No. 24034634
W.D. Texas Federal I.D. No. 31743
3 Riverway, Suite 1000
Houston, Texas 77056
Telephone: (832) 371-6036
E-Mail: Mike.Prather@fmglaw.com

**ATTORNEY-IN-CHARGE FOR DEFENDANT JGW DEBT SETTLEMENT, LLC**

## CERTIFICATE OF CONFERENCE

I hereby certify that, on the 27th day of October 2026, I emailed all parties of record regarding this Motion. On October 27, 2026, *Pro se* Plaintiff Joshua Cacho confirmed via email he is unopposed to this motion. On October 29, 2026, Attorney Robert Titus for Defendant Arnold & Smith Law, PLLC, Todd W. Arnold and Dennis J. Smith confirmed via email he is unopposed to this motion.

*/s/ Mike Prather*
Mike Prather

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2026, I electronically served the foregoing on the following pro se party and counsel:

Joshua Cacho
P.O. Box 26971
El Paso, Texas 79926
(915) 383-4604
jcacho1848@gmail.com
***Plaintiff, Pro Se***

Robert R. Titus
Titus Law Firm, LLC
7304 W. 130th Street, Suite 190
Overland Park, KS 66213
rob@tituslawkc.com
***Attorneys for Defendant Arnold & Smith Law, PLLC***

*/s/ Mike Prather*
Mike Prather